IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

THE UNITED STATES OF AMERICA,
*ex rel.* MELISSA RUSHING                                                                                    PLAINTIFF

v.                                                                                        CAUSE NO. 1:20-CV-210-SA-DAS

CHRISTOPHER PAUL LICK, et al.                                                                          DEFENDANTS

ORDER

On November 15, 2022, the United States filed its Notice of Election to Intervene [19] in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4). The Court has considered the same, and it is hereby ORDERED:

1.  the Relator's Complaint [3], the Government's Notice of Intervention [19], and this Order shall be unsealed;

2.  the United States shall files its Complaint in Intervention within twenty-one (21) days of this Court's Order and shall serve its Complaint in Intervention upon Defendants, together with this Order, within 60 days of the date of this Order;

3.  all other papers or Orders on file in this matter shall remain under seal; and

4.  the seal shall be lifted on all matters occurring in this action after the date of this Order.

SO ORDERED, this the 18th day of November, 2022.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE