UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

The United States of America
ex rel. Melissa Rushing                                                                                                               PLAINTIFF

versus                                          Civil No.      1:20-cv-210-SA-DAS

Christopher Paul Lick, et al                                                        DEFENDANT

## DEFAULT JUDGMENT

        The defendants, Christopher Paul Lick and Aspen Lake Online LLC, having failed to appear, plead or otherwise defend in this action, and default having been entered on February 21, 2023, and counsel for plaintiff having requested judgment against the defaulted defendants and having filed a proper motion and declaration in accordance with Federal Rule of Civil Procedure 55 (a) and (b);

        Judgment is hereby entered in favor of plaintiff United States of America and against defendants Christopher Paul Lick and Aspen Lake Online LLC, in the amount of $5,780,265.24, plus interest on the judgment at the legal rate until the judgment is satisfied, plus a filing fee of $402.00.

        This the 22nd day of March, 2023.

                                                                      s/ David Crews
                                                                      Clerk of Court – by JLA